# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 18, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

132216 & (21)

CAPITOL CITY LODGE NO. 141 OF
THE FRATERNAL ORDER OF POLICE,
and LARRY HARRISON,,
          Plaintiffs-Appellants,

v

INGHAM COUNTY BOARD OF
COMMISSIONERS and INGHAM
COUNTY SHERIFF,
          Defendants-Appellees.

SC: 132216
COA: 272202
Ingham CC: 06-000759-CL

_____/

      On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the September 22, 2006 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.

      KELLY, J., would remand this case to the Court of Appeals for an explanation of its order.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 18, 2006

_____
Clerk

d1018